ACCEPTED
03-14-00795-CV
5565638
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 2:14:23 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00795-CV

JENNIFER SAMANIEGO,
*Appellant,*

v.

ALIEDA SILGUERO, *et al.*,
*Appellees.*

Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 2:14:23 PM
JEFFREY D. KYLE
Clerk

### Samaniego's Motion for Relief from Technical Failure or, in the Alternative, for Extension

The Adobe Acrobat software of appellant Jennifer Samaniego's counsel crashed as he was trying to finish preparing her brief. He had to restart his computer to get Acrobat to restart properly. He had to recover the Word version of his brief from his computers catalog of recovered files, recover the last-saved version of the brief from Dropbox, and run a blackline comparison of the two to ensure that he had not lost parts of the brief in the crash. And, finally, he had to convert the brief to PDF, attach its appendix, and upload it to the electronic-filing service provider, after which he filed it with the Court.

By then, it was not quite 12:20 a.m. on May 12. But the brief was due on May 11, and the Court rejected the filing. Samaniego prays that the Court relieve this technical failure[1] by accepting her re-submitted brief and considering it to have been accepted timely.[2] In the alternative, Sa-

---

[1] Tex. R. App. P. 9.2(C)(5).

[2] The clerk pointed out that part of the brief was missing page numbers. The re-submitted brief includes them.

maniego prays that the court grant her a final extension so that the corrected brief is considered timely filed.[3] If the Court reaches it, this alternative request would be Samaniego's third, the previous two being granted for, respectively, unfamiliarity with the Court's procedures and illness. Neither the relief nor the extension would prejudice Silguero, for whom summary judgment has been granted and who receives nothing but extra time to consider Samaniego's arguments.

Samaniego prays that the Court except for corrected brief and considerate to have been timely filed. She further prays for all other relief to which she may be entitled.

Respectfully submitted,

THE OLSON FIRM PLLC

/s/ Leif A. Olson

Leif A. Olson
  leif@olsonappeals.com
  State Bar No. 24032801
PMB 188
4830 Wilson Road, Suite 300
Humble, Texas 77396
(281) 849-8382
**Counsel for Samaniego**

## Certificate of Conference

On June 5, 2015, Nadia Ramkissoon, counsel for the appellees, informed me that she opposes the relief sought.

---

[3]  Tex. R. App. P. 10.5.

/s/ Leif A. Olson

## Certificate of Service

On June 5, 2015, I served this *Samaniego's Motion for Relief from Technical Failure or, in the Alternative, for Extension* by electronic service upon:

Nadia Ramkissoon
[nadia.ramkissoon@farmersinsurance.com](mailto:nadia.ramkissoon@farmersinsurance.com)
CLARK, PRICE & TREVINO
1701 Directors Blvd., Suite 920
Austin, Texas 78744
**Counsel for Appellees**

/s/ Leif A. Olson